AO 470  (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
### for the
District of __NEVADA__

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  2:15-mj-00757-VCF |
| | ) | |
| NATHANIEL JUSTICE | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George U.S. Courthouse 333 Las Vegas Blvd., So. Las Vegas, NV 89101 | Courtroom No.: | 3D |
|---|---|---|---|
| | | Date and Time: | 10/08/2015 at 02:15 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:     October 5, 2015

_____
*Judge's signature*

CAM FERENBACH, U.S. Magistrate Judge

_____
*Printed name and title*

```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
               COUNSEL/PARTIES OF RECORD

        OCT   5 2015

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____ DEPUTY
```